

Jarrett S. Charo – Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
jcharo@mizrahikroub.com
www.mizrahikroub.com

**MEMO ENDORSED**

February 14, 2022

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The application is  X  granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 02/16/2022
New York, New York

**VIA ECF**

Re:   *Estevez v. The Organic Mattress, Inc.,* No. 1:21-cv-8963 (ER)

Dear Judge Ramos:

   We represent plaintiff Arturo Estevez ("Plaintiff") in the above-referenced action. We respectfully write to the Court regarding the Amended Complaint filed on February 11, 2022 to have it struck from the Docket. *See* Docket No. 12. This Amended Complaint was filed in this case in error.

                                        Respectfully submitted,
                                        /s/ *Jarrett S. Charo*
                                        Jarrett S. Charo, Esq.

Cc:   All Counsel of Record (via ECF)